UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| YUSONG GONG, | ) | CASE NO. 1:16 CV 2624 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| CLEVELAND CLINIC FOUNDATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

Plaintiff has filed an application to commence suit without the prepayment of costs, fees or security in the above-captioned case. That application is granted.

IT IS SO ORDERED.

      /s/George J. Limbert
GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2016