**U.S. EQUAL EM**[seal] **ITY COMMISSION** RECEIVED MAY 0 9 2014
532-2014-01535 *disability + retaliation reasonable accommodation discharge* RE EEOC-CLFO

Please immediately complete this Commission ("EEOC"). REMEMB[...] U.S. Equal Employment Opportunity [disc]rimination must be filed within the time limits imposed by law, within 180 days or in some pla[ces ...] d discrimination. When we receive this form, we will review it to determine EEOC coverage. A [...] and attach additional pages if needed to complete your responses. If you do not know the [answer to a] question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: **Gong** First Name: **Yusong** MI: ___
Street or Mailing Address: **4937 N. Ridgeside Cir** Apt or Unit #: ___
City: **Ann Arbor** County: **Washtenaw** State: **MI** Zip: **48105**
Phone Numbers: Home: **(734) 913-0977** Work: ( ) **N/A**
Cell: **(734) 972-1252** Email Address: **ysgong@gmail.com**
Date of Birth: [redacted] 196[] Sex: ☐ Male ☒ Female  Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☒ Asian ☐ White ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? **China**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: **Jason Zhang** Relationship: **Son**
Address: **4937 N Ridgeside Cir** City: **Ann Arbor** State: **MI** Zip Code: **48105**
Home Phone: **(734) 913-0977** Other Phone: **(440) 319-5919**

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) ___

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: **Lerner Research Institute, Cleveland Clinic / Biological Resources Unit.**
Address: **9500 Euclid Ave** County: **Cuyahoga**
City: **Cleveland** State: **OH** Zip: **44195** Phone: ( ) **don't know**
Type of Business: **Health care** Job Location if different from Org. Address: ___
Human Resources Director or Owner Name: **don't know** Phone: ( ) **don't know**

Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15 ☐ 15–100 ☐ 101–200 ☐ 201–500 ☒ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: **9-24-2012** Job Title At Hire: **Sr. Research technologist**
Pay Rate When Hired: **$48,000/year** Last or Current Pay Rate: **$48,000/year**
Job Title at Time of Alleged Discrimination: **Sr. Research technologist** Date Quit/Discharged: **8-11-2013**
Name and Title of Immediate Supervisor: **Timothy Myshrall**
If Job Applicant, Date You Applied for Job ___ Job Title Applied For ___

### 4. What is the reason (basis) for your claim [of employment] discrimination?

A