

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Cleveland Field Office



AJC Federal Building
1240 East Ninth Street, Suite 3001
Cleveland, OH 44199
(216) 522-2001 (Main Number)
1-800-669-4000 (General Inquiries)
FAX (216) 522-7395 * TTY (216) 522-8441

March 15, 2017

Yusong Gong
4937 North Ridgeside Circle
Ann Arbor, MI 48105

Dear Ms. Gong:

    This is in response to your undated letter concerning the charge of discrimination filed with the U.S. Equal Employment Opportunity Commission (EEOC) against Cleveland Clinic Foundation (EEOC Charge Number 532-2014-01535).

    You raise concerns that the investigator made mistakes and solely believed whatever the Respondent's lawyer said which they told a lie. You also raise concerns that it is EEOC's fault that the Federal Court dismissed your complaint because it was untimely filed with the EEOC.

    We regret your dissatisfaction with the results of the charge. Please be assured that we have reviewed the case and the information you provided. Our review has determined that no appropriate evidence has been overlooked or misinterpreted. This information will not alter the final action taken on your charge.

    In addition, your charge was timely filed with the EEOC. You filed your charge on May 9, 2014, with a date of violation of August 11, 2013 (the date you were discharged) which is within 300 days of the statute of limitations for filing a charge. On July 29, 2016, the EEOC issued to you the Dismissal and Notice of Rights which entitles you to go to court and sue the Respondent on your own behalf. However, in order to file suit in court, you must file it within 90 days from the date of your receipt of the Dismissal and Notice of Rights. Otherwise, your right to file in court is lost which cannot be restored by the EEOC.

    We hope this information is helpful to you but regret there is nothing more that we can do to assist.

Sincerely,

*[signature]*

Cheryl J. Mabry, Director
Cleveland Field Office

*[handwritten notes:]*

Connie Davis
216-522-7679

Court pro se helper
216-357-7043

Court 330 884-7475